AO91 (Rev. 12/03)  Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-12952

Juan Gabriel RODRIGUEZ-Valladarez  
IAE  
Mexico 1996

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **June 01, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan Gabriel RODRIGUEZ-Valladarez was encountered by Border Patrol Agents near Mission, Texas on September 14, 2018.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 01, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Burgos-Morales, Nicolas  Border Patrol Agent  
Signature of Complainant

Burgos-Morales, Nicolas    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 15, 2018                              at   McAllen, Texas  
Date                                                        City/State

Peter E Ormsby           U.S. Magistrate Judge  
Name of Judge            Title of Judge                    Signature of Judge